**Order entered August 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01091-CV
No. 05-13-01093-CV
No. 05-13-01094-CV

**IN RE KEITH SOMERVILLE, Relator**

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F86-93602-LQ**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.


/s/     DOUGLAS S. LANG
JUSTICE